83,151-01

To:Abel Acosta(Clerk)
   Court of Criminal Appeals
   PO Box 12308,CAPITAL STATION
   AUSTIN,TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk

From:Shane Matthew Nettles
   Moore(MTC)TDC#1566038
   8500 North FM 3053
   Overton Texas 75684

RE:(WR-83,151-01)Inquiry of Motion for Rehearing Status

   Dear Clerk

I would like to know the status of my motion for rehearing mailed to this court on May 20th 2015.Filed under Tr.Ct.NO.W09-00208-P(A) and WRIT WR-83,151-01 numbers.I thank you for your time in this matter.

June 12th 2015

_____
Respectfully Submitted

CC: